


**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

March 9, 2005

Tony Anastas, Clerk
Office of the Clerk
United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

MDL 1629
In re: Neurontin Marketing and Sales Practices
Our Case No. 04-D-2690 (OES) (Sean McMinn vs. Pfizer, Inc., et al.)
Your Case No. 1:05cv10390 PBS

Dear Clerk:

Enclosed please find the original file, certified copy of the docket sheet, copy of the transfer order and a copy of your letter requesting transfer of the records for this civil action.

By copy of this letter, counsel is being advised of the transfer and is directed to <u>file all further pleadings with your court</u>.

Please acknowledge receipt of the transmitted documents on the extra copy of this letter and return to us in the enclosed postage-paid envelope. Thank you for your assistance with this matter.

Very truly yours,
Gregory C. Langham, Clerk

By: *[signature]*

Leslie Martin, Deputy Clerk

Enclosures
cc: All Counsel of Record

MDL, NDISPO, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:04-cv-02690-WYD-OES

McMinn v. Pfizer, Inc. et al
Assigned to: Judge Wiley Y. Daniel
Referred to: Magistrate Judge O. Edward Schlatter
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/29/2004
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Sean McMinn**
*on behalf of himself and all others similarly situated*

represented by **Chad Patrick Hemmat**
Anderson, Hemmat & Levine, L.L.C.
1490 Lafayette Street
#203
Denver, CO 80218
303-839-5000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

represented by **Craig Ruvel May**
Wheeler Trigg Kennedy LLP
United States District Court Box 19
1801 California Street
#3600
Denver, CO 80202
U.S.A
303-292-2525
Fax: 294-1879
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Lambert Company**

represented by **Craig Ruvel May**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2004 | 1 | COMPLAINT against Pfizer, Inc., Warner Lambert Company (Filing fee $ 150 #256998.), filed by Sean McMinn. Jury demand.(bpm, ) (Entered: |

|  |  | 12/30/2004) |
|---|---|---|
| 12/29/2004 | ● | Summons Issued as to Pfizer, Inc., Warner Lambert Company. (bpm, ) (Entered: 12/30/2004) |
| 01/03/2005 | ●2 | MEMORANDUM RETURNING CASE for reassignment by Judge Matsch. (bpm, ) (Entered: 01/04/2005) |
| 01/04/2005 | ●3 | LETTER REASSIGNING CASE. Case reassigned to Judge Wiley Y. Daniel for all further proceedings. Judge Richard P. Matsch is no longer assigned to case. (bpm, ) (Entered: 01/04/2005) |
| 01/11/2005 | ●4 | ORDER REFERRING CASE to Magistrate Judge O. Edward Schlatter (erv, ) (Entered: 01/14/2005) |
| 01/12/2005 | ●5 | SUMMONS Returned Executed by Sean McMinn. Pfizer, Inc. served on 1/6/2005, answer due 1/26/2005. (dlb, ) (Entered: 01/18/2005) |
| 01/12/2005 | ●6 | SUMMONS Returned Executed by Sean McMinn. Warner Lambert Company served on 1/6/2005, answer due 1/26/2005. (dlb, ) (Entered: 01/18/2005) |
| 01/18/2005 | ●7 | MINUTE ORDER : Scheduling Conference set for 4/6/2005 09:00 AM before Magistrate Judge O. Edward Schlatter, by Magistrate Judge O. Edward Schlatter on 1/18/05. (gms, ) (Entered: 01/24/2005) |
| 01/26/2005 | ●8 | NOTICE Regarding Pendency of Action Subject to Judicial Panel on MDL (MDL 1629 In Re Neurontin Marketing and Sales Practices Litigation) by Defendants, Pfizer, Inc., Warner Lambert Company. (lam, ) (Entered: 02/01/2005) |
| 01/26/2005 | ●9 | Stipulated MOTION for Extension of Time to File Answer or Otherwise Respond re [1] Complaint 30 days after the MDL Panel rules on the transfer or the court denies the motion to stay and MOTION to Stay Matter Pending Review by MDL Panel by Defendants Pfizer, Inc., Warner Lambert Company. (lam, ) (Entered: 02/01/2005) |
| 01/27/2005 | ●10 | MEMORANDUM referring to Magistrate Judge Schlatter : [9] MOTION for Extension of Time to File Answer re [1] Complaint, MOTION to Stay filed by Pfizer, Inc., Warner Lambert Company, by Judge Wiley Y. Daniel on 1/27/05. (gms, ) (Entered: 02/02/2005) |
| 01/31/2005 | ●11 | ORDER granting [9] Motion for Extension of Time to Answer for 30 days or until the Judicial Panel on Multidistrict Litigation rules on the transfer, granting [9] Motion to Stay this matter pending a determination by the judicial panel on multidistrict litigation whether this case should be transferred for consolidated pretrial proceedings. Signed by Magistrate Judge O. Edward Schlatter on 1/31/05. (erv, ) (Entered: 02/04/2005) |
| 02/14/2005 | ●12 | Copy of Letter from MDL Panel to Judge Saris, USDC Boston MA re: attached Conditional Transfer Order of this case into MDL 1629 In Re: Neurontin Marketing and Sales Practices Litigation. (lam, ) (Entered: 02/18/2005) |
|  |  |  |

| 02/28/2005 | ●13 | Letter from Clerk of the MDL Panel, Michael Beck and copies of the conditional transfer order (erv, ) (Entered: 03/01/2005) |
| --- | --- | --- |
| 03/07/2005 | ●14 | Certified Copy of CONDITIONAL TRANSFER ORDER by Clerk of MDL Panel of this Civil Case into MDL 1629 In Re: Neurontin Marketing and Sales Practices Litigation pending before Judge Patti B. Saris, USDC District of Massachusetts filed 2/8/05. (lam, )(lam, ) (Entered: 03/09/2005) |
| 03/07/2005 | ●15 | Letter from Clerk, USDC MA requesting transmittal of the original case file, certified copy of the docket sheet/transfer order re: [14] and advising the new District of MA case no. will be 1:05cv10390 PBS. (lam, ) (Entered: 03/09/2005) |